UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LISA ESPOSITO,

               Plaintiff,

  -against-

HOFSTRA UNIVERSITY, ALAN J. SINGER, and
STUART RABINOWITZ,

               Defendants.
------------------------------------------------------------x

Docket No.:
11-cv-2364 (LDW)(ARL)

**STIPULATION OF
PARTIAL DISMISSAL**

Courtesy Copy Of Electronically Filed Document
Document No.: 30
Date Filed: 6/10/13
Farrell Fritz, P.C.

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★ JUN 10 2013 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record, that the claims asserted by Plaintiff in the above-captioned action against defendant Alan J. Singer are hereby withdrawn in their entirety with prejudice, and with no award of attorneys' fees, costs or disbursements to any party; and

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as an original.

Dated: Uniondale, New York
       June 6, 2013

LAW OFFICE OF
STEVEN A. MORELLI, P.C.

By: _____
    Steven A. Morelli

*Attorneys for Plaintiff*
1461 Franklin Avenue
Garden City, New York 11530
(516) 393-9151

FARRELL FRITZ, P.C.

By: _____
    Domenique Camacho Moran
    Michael A.H. Schoenberg

*Attorneys for Defendants Hofstra
University, Alan J. Singer and Stuart
Rabinowitz*
1320 RXR Plaza
Uniondale, New York 11556-1320
(516) 227-0700

SO ORDERED:
s/ Leonard D. Wexler
Dated: Central Islip, New York
      June 10, 2013

Interwoven\3057335.1